THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:07cr79-SPM

EUGENE LARRY,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's unopposed motion (doc. 41) to continue his sentencing hearing is granted. Sentencing is reset for 1:30 p.m. on October 20, 2008, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 14th day of July, 2008.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge