IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:07cr79-SPM/GRJ

EUGENE LARRY,

    Defendant.

_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated December 17, 2010. Doc. 65. Defendant has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 65) is ADOPTED and incorporated by reference in this order.

2. The Government's motion to dismiss (doc. 63) is granted.

3. Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 55) is dismissed

4. No certificate of appealability will be issued.

DONE AND ORDERED this 26th day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge